# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00072-CV

**Rebecca Nicole Hoch, Appellant**

**v.**

**William Thomas Hoch, Appellee**

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
### NO. 24-3001-DCE, THE HONORABLE KARL HAYS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rebecca Nicole Hoch has filed an unopposed supplement to her motion challenging the trial court's order requiring her to pay court costs. *See* Tex. R. Civ. P. 145(g)(1) (authorizing declarant to challenge order by filing motion with court of appeals). In this document, she requests that the Court dismiss without prejudice her motion challenging the trial court's order requiring her to pay court costs because on reconsideration, the trial court vacated its order. She also attached a copy of the trial court's order that vacated its order requiring her to pay court costs.

We grant appellant's request to dismiss her motion challenging the order without prejudice. Further, we withdraw our order dated March 5, 2025, and dismiss this appeal as moot. *See In re J.H.*, No. 13-22-00043-CV, 2022 WL 15482670 (Tex. App.—Corpus-Christi–Edinburg

Oct. 27, 2022, no pet.) (mem. op.) (dismissing appeal as moot after trial court amended order that had required payment of court costs).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed as Moot

Filed: March 13, 2025